```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

       v.        Civil No. 07-50051

DOUGLAS J. HAASE, MICHAEL G.
CRAGAN, and MICHELLE LYNN CRAGAN                            DEFENDANTS

## O R D E R

Now on this 8th day of August, 2007, come on for consideration the government's **Motion To Seal** (document #22); **Motion To Seal** (document #23); and **Motion To Seal** (document #24), and the Court, being well and sufficiently advised, finds that said motions should be, and same hereby are, **granted**.

**IT IS THEREFORE ORDERED** that the government may withdraw the Informations filed as to each of the named defendants in this case, replace those Informations with redacted copies, and file the original Informations under seal.

**IT IS SO ORDERED.**

                          /s/ Jimm Larry Hendren
                          JIMM LARRY HENDREN
                          UNITED STATES DISTRICT JUDGE