IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CRIMINAL NO. 07-50051-001          USA v. DOUGLAS HAASE

COURT PERSONNEL:                    APPEARANCES:

Judge: JIMM LARRY HENDREN           Govt. WENDY JOHNSON

Clerk: GAIL GARNER                  Deft. W.H. TAYLOR/TERRY HARPER

Reporter: THERESA SAWYER

### SENTENCING MINUTE SHEET

On this date the above named defendant appeared in person and with counsel for sentencing and is sworn.

- (X) Inquiry made that defendant is not under influence of alcohol or drugs and is able to comprehend proceedings.
- (X) Inquiry made whether defendant is under the care of a physician or taking any medication and is able to comprehend proceedings.
- (X) Inquiry made that defendant is satisfied with counsel.
- (X) Court determined that defendant and counsel have had opportunity to read and discuss presentence investigation report.
- (X) Presentence investigation report reviewed in open court.
- (X) Court expresses final approval of plea agreement.
- (X) Victim Impact Statement: 1. Tom Giller, Kraft Foods
- (X) Evidence presented: Government's Exhibits 1-6 (list attached).
- (X) Government's motion for downward departure addressed by the court - granted and 4 level departure awarded.
- (X) Counsel for defendant afforded opportunity to speak on behalf of defendant.
- (X) Defendant afforded opportunity to make statement and present information in mitigation of sentence.
- (X) Attorney for government afforded opportunity to make statement to court.
- (X) Court proceeded to impose sentence as follows:

    36 months imprisonment on each count to run concurrently; 3 years supervised release on each count to run concurrently; $610,884.15 restitution - interest waived; $50,000.00 fine - interest waived.

Criminal No. 07-50051-001

- (X) Defendant ordered to comply with standard conditions of supervised release.
- (X) Defendant ordered to comply with following special conditions of supervised release:

    Do not incur any new debt or establish new bank accounts prior to full payment of restitution and fine without permission of USPO.

    Disclose financial information to USPO at their request.

- (X) Defendant ordered to pay total special assessment of $200.00, for counts 1&2, which shall be due immediately.
- (X) Indictment dismissed on motion by the government.
- (X) Defendant advised of right to appeal sentence imposed.
- (X) Defendant advised of right to apply for leave to appeal in forma pauperis.
- (X) Appeal packet provided.
- (X) Defendant allowed to remain on present bond and surrender no later than 2:00 p.m. on Thursday, 9/25/08.


DATE: SEPTEMBER 3&4, 2008      Proceeding began:    9:40 AM
                                         recess:   10:29 AM
                                         reconvene: 7:57 AM
                                         ended:     8:22 AM